# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1969

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Michael Lamarr Hill, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 9, 2009
Filed: March 17, 2009

_____

Before LOKEN, Chief Judge, MELLOY and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Lamarr Hill appeals his within-guidelines-range sentence that the district court[1] imposed after he pled guilty to possession with intent to distribute over five grams of "crack" cocaine base. After careful review of the record and briefs, we conclude that the district court did not abuse its discretion in sentencing Hill to 188 months. This court affirms. *See* 8th Cir. R. 47B.

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.